IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| TRAVIS McKENZIE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:14-cv-00049 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the United States Magistrate Judge's Report and Recommendation, recommending that I enter an Order denying Plaintiff Travis McKenzie's Motion for Summary Judgment or for Remand [ECF No. 15], granting Defendant Social Security Commissioner's Motion for Summary Judgment [ECF No. 20], and dismissing this case. (Report & Recommendation, Nov. 5, 2015 [ECF No. 22].) This Report was filed on November 5, 2015, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the Report and Recommendation shall be and, hereby, is **ADOPTED** in its entirety. Defendant's Motion for Summary Judgment is **GRANTED**, Plaintiff's Motion for Summary Judgment or for Remand is **DENIED**, and this case is hereby **DISMISSED**. The clerk is directed to dismiss this case from the active docket of this Court.

The clerk is directed to send a copy of this Order to all counsel of record and to the Honorable Joel C. Hoppe, United States Magistrate Judge.

ENTERED this 4th day of December, 2015.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE